UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-255 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ENDS OF JUSTICE ORDER |
| | ) | PURSUANT TO THE SPEEDY |
| JOHN GEORGE MEDAS, | ) | TRIAL ACT |
| | ) | |
| DEFENDANT. | ) | |

This matter comes before the Court upon the unopposed motion of the defendant, John George Medas, for the Court to continue the trial date and all related dates and declare the case complex. (Doc. No. 10.) The motion is granted pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(B)(ii).

As grounds for continuance, and for the reasons set forth in the motion, the Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, because failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Additionally, for the reasons set forth in the motion, the Court finds that the case is unusual and complex due to the nature of the prosecution and the voluminous discovery involved (which includes extensive business and tax related documents), and that is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by 18 U.S.C. § 3161.

The Court also finds that the ends of justice are served by the continuance due to the Coronavirus Disease (COVID-19) global pandemic. The President of the United States of

America has declared a national emergency and the Governor of the State of Ohio has declared a state of emergency in response to the spread of COVID-19. COVID-19 is a respiratory disease that can result in serious illness or death. In light of this unprecedented public health emergency, the United States District Court for the Northern District of Ohio issued General Order No. 2020-08, which is incorporated herein, as applicable. In part, the General Order provides, as follows:

> This Court previously issued General Order No. 2020-05, Amended General Order No. 2020-05-1, and Amended General Order 2020-05-2 In Re: CORONAVIRUS (COVID-19) PUBLIC EMERGENCY. These Orders were in response to the exponential spread of COVID-19 and the declaring of a public emergency by the President of the United States and the Governor of the State of Ohio.
>
> The Centers for Disease Control and Prevention and other public health authorities have continued to advise the taking of precautions to reduce the possibility of exposure to the virus and slow the spread of the disease, including the implementation of multi-phase business recovery plans to gradually resume operations.
>
> ***
>
> The Court recognizes that jury selection in this District involves large jury venire pools. These pools often consist of many individuals in the categories identified by the Centers for Disease Control and Prevention as being particularly at risk, individuals involved in essential public functions, and individuals responsible for children unable to attend school or daycare due to the pandemic. Further, it will be a challenge to provide for jury trials while abiding by necessary precautions to reduce the possibility of exposure to the disease. Additionally, attorneys are severely limited, or in some cases prohibited, from physical visitation of detained clients for purposes of consultation and trial preparation.
>
> NOW, THEREFORE, in order to continue to protect the health and safety of the public, court personnel, counsel, litigants, jurors, and all other case participants; in order to implement a multi-phase recovery plan to gradually resume court operations; in order to reduce the size of public gatherings necessarily attendant to jury selection and reduce unnecessary travel; and in order to permit effective trial preparation of counsel, the United States District Court for the Northern District of Ohio hereby issues the following Order effective through July 31, 2020 as follows:
>
> ***
>
> CRIMINAL CASES:

Due to the Court's reduced ability to obtain and protect an adequate spectrum of jurors, and the effect of the public health recommendations on the availability of counsel and court staff to be present in the courtroom, the time period of the continuances implemented by the General Order will be excluded under Speedy Trial Act, as the Court specifically finds that the ends of justice served by ordering the continuances outweigh the interest of the public and any defendant's right to a speedy trial pursuant to 18 U.S.C. Section 3161(h)(7)(A). Accordingly,

1. Jury trials will commence on a date to be announced, but no earlier than the month of August.

***

Given the related guidance provided to minimize the risk of infection, the Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial for this separate reason.

This order is effective through January 15, 2021, as may be extended by any period of delay as set forth in or contemplated by 18 U.S.C. § 3161. The time period of the continuance implemented by this order will be excluded under the Speedy Trial Act.

By agreement of the parties, the plea deadline is continued to October 30, 2020, the final pretrial hearing is continued to November 19, 2020 at 1:00 p.m., and the jury trial is continued to December 14, 2020, on a one-week, stand-by basis.

IT IS SO ORDERED.

Dated: June 19, 2020

                                                   **HONORABLE SARA LIOI**
                                                   **UNITED STATES DISTRICT JUDGE**