IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:20-cr-255 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| -vs- | ) | |
| | ) | |
| JOHN GEORGE MEDAS, | ) | MOTION FOR FOUR (4) DAY EXTENSION |
| | ) | OF PLEA DEADLINE |
| Defendant | ) | |

Now comes the defendant herein, by and through the undersigned counsel and hereby respectfully requests this Honorable Court for an extension of 4 days of the present plea deadline herein of August 6, 2021.  As grounds herefor, the undersigned counsel submits the following:

1. that additional time is needed due to clarify certain matters pertaining to the proposed plea agreement.  Due to counsel's extremely heavy state trial court schedule (including 10 in-person pre-trial hearings today), as well as a previous commitment scheduled for August 6th, he will be unable to accommodate a further meeting with Mr. Medas until the weekend or Monday.

2. Counsel has conferred with AUSA Brian McDonough who authorizes counsel to represent to this Court that the government does not object to this short extension.

**WHEREFORE**, based upon the foregoing, an extension of 4 days of the present plea deadline up to and including August 10, 2021 is respectfully requested.

Respectfully submitted,

/s/ Robert A. Dixon
ROBERT A. DIXON (#0022466)
4403 St. Clair Avenue
Cleveland, Ohio 44103

                           (216) 432-1992
                           (216) 881-3928 facsimile
                           Dixonlaws@aol.com

## **CERTIFICATE OF SERVICE**

This document was filed via the ECF system for the U.S. District Court for the Northern District of Ohio and served upon all parties by operation of that system, this $5^h$ day of August, 2021.

                           /s/ Robert A. Dixon
                           ROBERT A. DIXON
                           Attorney for Defendant