IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-255 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| -vs- | ) | |
| | ) | |
| JOHN GEORGE MEDAS, | ) | MOTION TO PERMIT TRAVEL |
| | ) | |
| Defendant | ) | |
| | ) | |

Now comes the Defendant, by and through the undersigned counsel and hereby moves this Honorable Court for an order permitting him to travel from his home in Strongsville, Ohio to Atlanta, Georgia from December 3, 2021 to December 7, 2021 and again from December 17, 2021 to December 21, 2021. As grounds herefor, the defendant submits as follows:

1. Mr. Medas will be traveling by air to the Atlanta airport and returning to Cleveland, Ohio by either air or driving.

2. The purpose of these trips is to handle matters regarding the death of his brother.

3. Mr. Medas will be meeting with the funeral director, attorneys, several friends and associates of his brother.

4. Mr. Medas will be staying either at his later brother's home or at a hotel.

5. Mr. Medas will be able to report his specific locations, activities, duties, and appointments on a daily basis to the probation department, if required.

Respectfully submitted,

*/s/ Robert A. Dixon*
**ROBERT A. DIXON (#0022466)**
4403 St. Clair Avenue
Cleveland, Ohio 44113
Telephone: (216) 432-1992
Facsimile: (216) 881-3928
E-mail: dixonlaws@aol.com.

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the foregoing has been filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, 24th day of November, 2021.  Parties may access this filing through the Court's system.

*/s/ Robert A. Dixon*
**ROBERT A. DIXON**
Attorney for Defendant