==**The motion (Doc. No. 33) of defendant John George Medas to file under seal is granted, in part. References to the HIPPA-protected information and other sensitive matters pertaining to other individuals may be filed under seal.**==

*/s/ Sara Lioi*
Sara Lioi
United States District Judge
Date: 12/27/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-255 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| -vs- | ) | |
| | ) | |
| JOHN GEORGE MEDAS, | ) | <u>MOTION TO PERMIT SENTENCING</u> |
| | ) | <u>MEMORANDUM UNDER SEAL</u> |
| Defendant | ) | |
| | ) | |

Now comes the Defendant, by and through the undersigned counsel and hereby moves this Honorable Court for an order permitting him to file his sentencing Memorandum under seal.

As grounds herefor, the undersigned counsel submits that as part of the 18 U.S.C. 3553(a) factors to be considered, there are matters which would be considered HIPPA protected, or at very least would cause unnecessary public disclosure of sensitive matters pertaining to individuals other than the /defendant.

WHEREFORE, the defendant respectfully moves for an Order permitting him to file his Memorandum under seal.

Respectfully submitted,

*/s/ Robert A. Dixon*
**ROBERT A. DIXON (#0022466)**
4403 St. Clair Avenue
Cleveland, Ohio 44113
Telephone: (216) 432-1992
Facsimile: (216) 881-3928
E-mail: dixonlaws@aol.com.

Attorney for Defendant