# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-255 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JOHN GEORGE MEDAS, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Carmen E. Henderson Report and Recommendation that the Court ACCEPT the plea of guilty of defendant John George Medas and enter a finding of guilty against defendant. (Doc. No. 25.)

On May 20, 2020, the government filed an Indictment against defendant. (Doc. No. 1.) On August 13, 2021, this Court issued an order assigning this case to Magistrate Judge Henderson for the purpose of receiving defendant's guilty plea. (Doc. No. 21.)

On August 24, 2021, a hearing was held in which defendant entered a plea of guilty to Counts 1 - 25 of the Indictment, charging him with Willful Failure to Collect, Account for, and Pay Over Tax, in violation of 26 U.S.C. Section 7202 and 18 U.S.C. Section 2, and to Count 26 of the Indictment, charging him with Embezzlement from a Health Care Benefit Plan, in violation of 18 U.S.C. Section 669 and 2. Magistrate Judge Henderson received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 25.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of Counts 1-26 of the Indictment.

The sentencing will be held on February 1, 2022 at 10:00 a.m.

 **IT IS SO ORDERED**.

Dated: December 28, 2021

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**