IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:20-cr-255 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| -vs- | ) | |
| | ) | |
| JOHN GEORGE MEDAS, | ) | <u>MOTION TO PERMIT TRAVEL</u> |
| | ) | |
| Defendant | ) | |
| | ) | |

Now comes the Defendant, by and through the undersigned counsel and hereby moves this Honorable Court for an order permitting him to travel from his home in Strongsville, Ohio to Atlanta, Georgia to address several matters pertaining to handling of his recently deceased brother's estate.  He was previously granted permission to travel to Atlanta for purposes pertaining to his brother's death.  He currently needs to be physically present to take care of his brother's home and belongings and to meet with legal counsel regarding administration of the estate.  He believes that he may need three to four days in the very near future.

WHEREFORE, he requests permission to travel to Atlanta with all details to be provided to and approved by pretrial services prior to leaving state.

Respectfully submitted,

*/s/ Robert A. Dixon*
**ROBERT A. DIXON (#0022466)**
4403 St. Clair Avenue
Cleveland, Ohio 44113
Telephone: (216) 432-1992
Facsimile: (216) 881-3928
E-mail: dixonlaws@aol.com.

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the foregoing has been filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, 26th day of January, 2022. Parties may access this filing through the Court's system.

*/s/ Robert A. Dixon*
**ROBERT A. DIXON**
Attorney for Defendant