IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-255 |
| | ) | |
| Plaintiff | ) | JUDGE SARA LIOI |
| | ) | |
| -vs- | ) | |
| | ) | **MOTION FOR CONTINUANCE** |
| JOHN GEORGE MEDAS, | ) | **OF SENTENCING HEARING** |
| | ) | |
| | ) | |
| Defendants | ) | |

Now comes the Defendant, by and through the undersigned counsel and hereby moves this Honorable Court for a continuance of the sentencing hearing set currently for February 10, 2022.

As grounds herefor, the undersigned counsel submits that based upon a conference between the court and counsel held yesterday afternoon, the parties need time to confer to explore resolution of any factual disputes prior to the sentencing hearing herein.  The defendant submits that continuance for this purpose will promote the ends of justice

**WHEREFORE**, based upon the foregoing, a reasonable continuance is requested.

Respectfully submitted,

*/s/Robert A. Dixon*
Robert A. Dixon (0022466)
4403 St. Clair Ave.
Cleveland, Ohio 44103
(216) 432-1992
e-mail: Dixonlaws@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion was filed via the Court ECF in the United States District Court for the Northern District of Ohio at Cleveland, Ohio and served upon all parties of record by operation of that system this 10th day of February, 2022.

/s/*Robert A. Dixon*
Robert A. Dixon (0022466)