IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20-CR-255 |
|---|---|---|
| Plaintiff, | ) | JUDGE SARA LIOI |
| v. | ) | |
| JOHN GEORGE MEDAS, | ) | MOTION FOR LEAVE TO FILE |
| Defendant. | ) | |

Now comes the United States of America, by and through its counsel, Michelle M. Baeppler, Acting United States Attorney, and Brian M. McDonough, Assistant U.S. Attorney, and pursuant to the Court's *Standing Order RE: Fed.R.Crim.P. 17(c)(1)* seeks leave to file *ex parte* and under seal its application for permission to issue a subpoena pursuant to Fed. R. Crim. P. 17(C).

**IT IS SO ORDERED**.

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

MICHELLE M. BAEPPLER
Acting United States Attorney

/s/ Brian McDonough
Brian McDonough (OH: 0072954)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3965
(216) 522-2403 (facsimile)
Brian.McDonough@usdoj.gov