# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-255 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | ORDER REGARDING USE OF |
| JOHN GEORGE MEDAS, | ) | VIDEO CONFERENCING AND/OR |
| | ) | TELECONFERENCING |
| | ) | |
| DEFENDANT(S). | ) | |

In accordance with Standing Order 2020-06-8, this Court finds:

✔ That the Defendant has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and the proceeding(s) held on this date may be conducted by:

✔ Video Teleconferencing

☐ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

☐ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

☐ Other:

**IT IS SO ORDERED**.

Dated: April 13, 2022

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**