IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-255 |
| | ) | |
| Plaintiff | ) | JUDGE SARA LIOI |
| | ) | |
| ~vs~ | ) | **UNOPPOSED** |
| | ) | **MOTION FOR THREE (3) DAY** |
| JOHN GEORGE MEDAS, | ) | **EXTENSION TO FILE REPLY TO** |
| | ) | **GOVERNMENT'S RESPONSE TO** |
| | ) | **DEFENDANT'S MOTION TO STRIKE** |
| Defendant | ) | |
| | ) | |

Now comes the Defendant, by and through the undersigned counsel and hereby moves this Honorable Court for a three (3) day extension of time to file his Reply to the Government's Response to the Defense Motion to Strike the Government's Sentencing Memorandum (Doc # 46, 53). As grounds herefor, the undersigned counsel submits:

1. That the undersigned counsel was engaged in an Aggravated Murder trial all of last week, April 25-29, 2022 and had an extremely heavy docket the present week. Additionally, counsel is preparing to start another Aggravated Murder next Monday, May 9th, both matters requiring large time commitments on the part of counsel.

2. That certain documents were provided to counsel within the last 24 hours which will require additional time to review.

3. The government has indicated that they do not oppose this brief extension.

**WHEREFORE**, based upon the foregoing, a three (3) day extension is respectfully requested.

Respectfully submitted,

*/s/Robert A. Dixon*
Robert A. Dixon (0022466)
4403 St. Clair Ave.
Cleveland, Ohio 44103
(216) 432-1992
e-mail: Dixonlaws@aol.com

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing Motion was filed via the Court ECF in the United States District Court for the Northern District of Ohio at Cleveland, Ohio and served upon all parties of record by operation of that system this 6th day of May, 2022.

*/s/ Robert A. Dixon*
Robert A. Dixon (0022466)

2