IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-255 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| -vs- | ) | |
| | ) | |
| JOHN GEORGE MEDAS, | ) | MOTION TO EXTEND TIME FOR |
| | ) | SELF SURRENDER TO INCARCERATION |
| Defendant. | ) | |

Now comes the Defendant, John Medas, by and through the undersigned counsel and respectfully Motions the court for an extension of time for him to self-report for service of his sentence herein. Currently he has been advised that he was to turn himself on July 28, 2022.

It is now respectfully requested that this court grant a reasonable extension of time for him to self-report.

As ground for this request it is respectfully submitted:

1. The defendant is currently undergoing medical evaluation and treatment by two separate doctors at MetroHealth.

2. The defendant's last scheduled appointment is August 22, 2022 to determine prognosis and course of action.

3. Should the court require detailed medical information, the defense requests that they be permitted to file documentation under seal.

**WHEREFORE,** the defendant respectfully requests a reasonable amount of time to self-report herein beyond August 22, 2022.

        Respectfully submitted,

        */s/ Robert A. Dixon*
        **ROBERT A. DIXON (#0022466)**
        4403 St. Clair Avenue
        Cleveland, Ohio 44113
        Telephone: (216) 432-1992
        Facsimile: (216) 881-3928
        E-mail: dixonlaws@aol.com.
        Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2022, a true and correct copy of the foregoing document has been filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        */s/ Robert A. Dixon*
        **ROBERT A. DIXON**
        Attorney for Defendant