IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:20-cr-255 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| -vs- | ) | |
| | ) | <u>RENEWED</u> |
| JOHN GEORGE MEDAS, | ) | <u>MOTION TO EXTEND TIME FOR</u> |
| | ) | <u>SELF SURRENDER TO INCARCERATION</u> |
| Defendant. | ) | |

      Now comes the Defendant, John Medas, by and through the undersigned counsel and respectfully Motions the court again for an extension of time for him to self-report for service of his sentence herein.

      Previously, on July 19, 2022, the defendant requested that he be permitted to self-report <u>beyond</u>, August 22, 2022. (Doc. #61) That date is significant because it is the date that Mr. Medas has a scheduled appointment to reveal results of a biopsy which is currently being analyzed.  On that date, Mr. Medas will be advised of the results of the biopsy and whether surgery or other treatment is indicated.  (Proof of these facts will be provided to the court under seal if so ordered)

      This Honorable Court granted the previous motion that he be permitted to report beyond August 22, 2022.  However, the U.S. Marshall and/or Bureau of Prisons have apparently misinterpreted this court's order and have ordered Mr. Medas to report to FCI Morgantown by noon <u>on</u> August 22, 2022.  (See attached letter Exhibit A)

      WHEREFORE, based on the foregoing circumstances it is respectfully requested that this Honorable Court permit an extension of reporting herein past August 31, 2022.  This will permit Mr. Medas to attend this very important appointment on August 22, 2022.

Respectfully submitted,

*/s/ Robert A. Dixon*
**ROBERT A. DIXON (#0022466)**
4403 St. Clair Avenue
Cleveland, Ohio 44113
Telephone: (216) 432-1992
Facsimile: (216) 881-3928
E-mail: dixonlaws@aol.com.
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2022, the foregoing document has been filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Robert A. Dixon*
**ROBERT A. DIXON**
Attorney for Defendant