

U.S. Department of Justice

United States Marshals Service

Northern District of Ohio

---

*Akron, OH 44308*

July 26, 2022

John Medas, 67631-060
8360 Oak Knoll Court
North Royalton, OH 44133

## SELF-SURRENDER REPORTING NOTICE

**Criminal Case No. 1:2020-CR-255**
**\*\*\*EXTENSION\*\*\***

You have been ordered by the United States District Court for the Northern District of Ohio to self-surrender at the institution designated by the U.S. Bureau of Prisons. You are instructed to report to **FCI Morgantown** on **August 22, 2022** by noon (12:00 p.m.). The address and telephone number for the institution is enclosed.

If you fail to report as directed, you may be subject to further criminal penalties for violation of your bond conditions or contempt of court.

FCI Morgantown

446 Greenbag Rd., Route 857

Morgantown, WV 26501

(304) 296-4416



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.