IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:20-cr-255 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| -vs- | ) | |
| | ) | MOTION FOR LEAVE TO FILE |
| JOHN GEORGE MEDAS, | ) | MOTION FOR EXTENSION OF TIME TO |
| | ) | SELF-REPORT WITH SUPPORTIVE |
| Defendant. | ) | MEDICAL DOCUMENTS UNDER SEAL |

Now comes the Defendant, John Medas, by and through the undersigned counsel and respectfully Motions the court for an Order permitting him to file a Motion to Extend Time to Self-Report due to a medical situation which has arisen.

Because this motion will contain privileged and confidential medical information and records, it is respectfully requested that Mr. Medas be permitted to file said motion under seal in order to protect HIPPA considerations.

WHEREFORE, based on the foregoing the defendant respectfully requests an Order permitting filing under seal.

Respectfully submitted,

*/s/ Robert A. Dixon*
**ROBERT A. DIXON (#0022466)**
4403 St. Clair Avenue
Cleveland, Ohio 44113
Telephone: (216) 432-1992
Facsimile: (216) 881-3928
E-mail: dixonlaws@aol.com.
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2022, the foregoing document has been filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Robert A. Dixon*
**ROBERT A. DIXON**
Attorney for Defendant