IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-255 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| -vs- | ) | |
| | ) | <u>EMERGENCY</u> |
| JOHN GEORGE MEDAS, | ) | <u>MOTION TO EXTEND TIME FOR</u> |
| | ) | <u>SELF SURRENDER TO INCARCERATION</u> |
| Defendant, | ) | <u>DUE TO MEDICAL CONDITION</u> |

Now comes the Defendant, John Medas, by and through the undersigned counsel and respectfully Motions the court again for an extension of time for him to self-report for service of his sentence herein. Currently Mr. Medas is scheduled to report to Morgantown FCI this **Thusday, November 10.**

This Honorable Court has previously extended the time for his self-report for his sentence to permit him to have certain medical conditions evaluated. Those evaluations have given rise to serious medical concerns which are still being further evaluated to determine the course of necessary treatment and prognosis. Counsel yesterday received a letter from Mr. Medas' treating physician, Dr. David Mansour from Metrohealth Hospital in Cleveland.

That letter details the serious medical concerns and the status of evaluation. Dr. Mansour's diagnosis will determine whether Mr. Medas will need placement at a Federal medical facility and any treatment needed. Dr. Mansour opines that he within 90 days he will be able to determine the extent of the medical conditions and indicated treatment. That letter is not attached to this public filing but will be provided initially to AUSA Brian McDonough and then to the Court either by authorized filing under seal or transmitted to the Court by any other means the Court prefers.

WHEREFORE, the Defendant prays that the Court grant an extension of Mr. Medas' report date for 90 days beyond the current report date of November 10.

Respectfully submitted,

*/s/ Robert A. Dixon*
**ROBERT A. DIXON (#0022466)**
4403 St. Clair Avenue
Cleveland, Ohio 44113
Telephone: (216) 432-1992
Facsimile: (216) 881-3928
E-mail: dixonlaws@aol.com.
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been filed electronically through the Electronic Filing System for the United States District Court for the Northern District of Ohio this 7th day of November, 2022. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Robert A. Dixon*
**ROBERT A. DIXON**
Attorney for Defendant