IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | CASE No. 1:20-cr-255 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| -vs- | ) | **(UNOPPOSED) EMERGENCY MOTION** |
| | ) | **TO EXTEND BY 60 DAYS JOHN** |
| | ) | **GEORGE MEDAS' TIME FOR SELF** |
| | ) | **SURRENDER TO INCARCERATION** |
| JOHN GEORGE MEDAS, | ) | **DUE TO SERIOUS MEDICAL** |
| | ) | **CONDITIONS** |
| Defendant. | ) | |

Now comes the Defendant, John George Medas (hereafter "Mr. Medas"), by and through his undersigned counsel, and respectfully moves this Court, without opposition, for an extension of time for him to self-report for service of his sentence herein.  Currently Mr. Medas has been advised that his report date is no later than <u>Thursday, April 20, 2023</u>.

It is respectfully requested that this Court grant a sixty (60) day extension for Mr. Medas to self-report to permit his current treatment for a life-threatening medical condition and to permit time to determine if the Bureau of Prisons (BOP) can accommodate his ongoing treatment.

As grounds for this request, Mr. Medas respectfully submits the following:

(1) As stated above, Mr. Medas recently received paperwork scheduling his report date as no later than Thursday, April 20th.

(2) After sentencing but prior to his original report date, Mr. Medas was diagnosed with prostate cancer.  As a result of this diagnosis and ongoing treatment, Mr. Medas has requested five (5) extensions to report allowing him to address his cancer treatments. These previous requests are Doc. 61, Doc. 62, Doc 64, Doc. 67, and Doc. 68.

(3) Mr. Medas completed his final round of radiation therapy to treat prostate cancer on April 5th.

(4) While the radiation therapy is complete, and recovery continues, Mr. Medas continues to suffer some lingering effects from his 28 rounds of therapy.  Mr. Medas' doctors have indicated that these side effects should improve over the next ninety (90) to one hundred twenty (120) days.

(5) In addition to his prostate cancer, Mr. Medas was recently diagnosed with severe three-vessel coronary artery calcification.  This condition has resulted in shortness of breath and angina.  Mr. Medas was prescribed medication for high blood pressure and cholesterol as well as follow-up appointments with a cardiologist.  These appointments are set to begin later this week (after his self-report date) to determine whether the medication is enough or whether Mr. Medas will need a heart catheter or stent to resolve the issue.

(6) The undersigned counsel discussed the matter with AUSA McDonough who does not object to this request.

**WHEREFORE,** the defendant respectfully requests a sixty (60) day extension to self- report.

Respectfully submitted,

/s/ Robert J. Fedor
ROBERT J. FEDOR, ESQ., LLC
Robert J. Fedor (#0042653)
Michael T. Arnold (#0086753)
23550 Center Ridge Road, Suite 107
Westlake, Ohio 44145
Tel: (440) 250-9709
Fax: (440) 250-9714
rjfedor@fedortax.com
marnold@fedortax.com
*Attorneys for Defendant, John George Medas*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been filed electronically this 18th day of April 2023.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Robert J. Fedor
ROBERT J. FEDOR, ESQ., LLC
Robert J. Fedor (#0042653)